**Opinion issued August 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00598-CR

_____

## IN RE J.B. BLACK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J.B. Black, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court enter a writ of mandamus directing the trial court to "hold a hearing on [relator's] Memorandum and Motion to Dismiss

for Lack of Subject Matter Jurisdiction and order the trial court to dismiss the indictment."[1]

Our review of Black's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Guerra, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. J.B. Black*, Cause No. 1629964, in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.

2